# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELYNDA HUNSINGER, | : | No.: 4:16-CV-1928 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| EMPOWERED STAFFING SOLUTIONS, FERINAND CAVALLARO, | : | |
| Defendants. | | |

## ORDER

**AND NOW**, this 30th day of June 2017, having conducted a de novo review, and no opposition having been filed in response to the report and recommendation of the magistrate judge **IT IS HEREBY ORDERED** that:

1. Defendants' December 5, 2016 Motion to Dismiss, ECF No. 9, is DENIED.

2. The June 15, 2017 Report and Recommendation of the magistrate judge, ECF No. 12, is ADOPTED in full.

3. The action is remanded back to the magistrate judge.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge